Roy C. LEDBETTER et al., Appellants, v. C. H.
CARAWAY, Appellee.

No. 3843.

Court of Civil Appeals of Texas.   Texarkana.
Feb. 20, 1930.

Rehearing Denied March 13, 1930.

Renfro, Ledbetter & McCombs, of Dallas,
for appellants.

Webb & Webb, of Sherman, for appellee.

HODGES, J.

This action was instituted March 23, 1929,
by the appellee, C. H. Caraway, for the pur-
pose of securing a temporary injunction re-
straining the sale of 120 acres of land under
a deed of trust. The deed of trust had been
executed to secure a note for $5,000, with the
accrued interest, executed by one Winnifred
Craig, payable to the Dallas Joint Stock Land
Bank. The note was payable in semiannual
installments of $175, maturing January 1st

and July 1st, with the usual acceleration
clause in case of default in the payment of
any installment at maturity. Caraway had
purchased the land and assumed the payment
of the note. In the petition for the injunc-
tion he admitted that the installment due
January 1, 1929, had not been paid, but as a
basis for the injunction he alleged that the
time of payment had been extended by an
agreement with the holder of the note. Up-
on a hearing, the court granted the writ, and
this appeal is from that order.

Since this case was submitted, the appellee
has filed in this court a motion asking that the
appeal be dismissed. It is stated in the mo-
tion that since the trial in the court below
the appellee has failed to pay the next suc-
ceeding installment and that the land had
been sold in accordance with the terms of
the deed of trust; that the subject-matter of
the controversy had in that way been set-
tled. That being true, there is no issue left
for this court to determine except the matter
of adjudging the costs of suit.

The case will therefore be dismissed, and
the costs of this appeal taxed against the ap-
pellee.